# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **OREN LEWIS** | § | **PETITIONER** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:21cv373-HSO-MTP** |
| | § | |
| | § | |
| **BRAND HUFFMAN** | § | **RESPONDENT** |

## FINAL JUDGMENT

In accord with the Court's Order entered herewith overruling Petitioner's Objections [41], adopting the Magistrate Judge's Report and Recommendation [38] and dismissing Petitioner's Amended Petition for Writ of Habeas Corpus [6] with prejudice,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 11th day of December, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE